Nov. Term, 1856.

THE STATE v. VANLOAN.

## THE STATE *v.* VANLOAN.

APPEAL from the *White* Court of Common Pleas.
*Per Curiam.*—Information against *Vanloan* and *Smith*

for an affray. On motion of *Smith* the information was correctly quashed. It states that the defendants fought in a public place, but whom or what they fought is not stated. An information must contain all the substantial requisites of an indictment at common law. *The State* v. *Miles*, 4 Ind. R. 577.

The judgment is affirmed.

*L. Reilly*, for the State.